# Morgan Lewis

**Douglas Schwarz**
212-309-6890
douglas.schwarz@morganlewis.com

July 22, 2016

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>*Del-Orden v. P.F. Chang's China Bistro, Inc.*, 1:16-cv-02392-JGK</u>
     <u>Request to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the</u>
     <u>Complaint and To Adjourn the Initial Pretrial Conference</u>

Dear Judge Koeltl:

This firm represents Defendant P.F. Chang's China Bistro, Inc. ("P.F. Chang's") in the above-referenced action. In compliance with Rule 1.E. of Your Honor's Individual Rules and Practices, we write with the consent of Plaintiff's counsel to request that the Court (1) extend Defendant's time to answer, move, or otherwise respond to the Complaint, from the current due date of July 22, 2016 until August 12, 2016, and (2) adjourn the Initial pretrial conference currently scheduled for July 29, 2016 at 2:30 p.m. to August 23, 2016 or thereafter.

The reason for the extension is that the parties are engaged in settlement discussions. The parties respectfully submit that the requested extension will enable the parties to continue settlement discussions in earnest, while avoiding incurring unnecessary attorneys' fees and costs, as well as the unnecessary use of judicial resources. This is Defendant's second request to extend the time to answer, move, or otherwise respond to the Complaint and to adjourn the Initial pretrial conference. The first requests were granted. As noted, Plaintiff's counsel consents to this request. Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Douglas T. Schwarz*

Douglas T. Schwarz
*Attorney for Defendant P.F. Chang's China Bistro, Inc.*

  cc:  C.K. Lee, Esq. (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060  ☎ +1.212.309.6000
United States         📠 +1.212.309.6001