Koeltl, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-22-16

---

JOSE DEL-ORDEN, on behalf of himself and
all others similarly situated,

Plaintiff,

-against-

P.F. CHANG'S CHINA BISTRO, INC.,

Defendant.

No. 16-cv-2392

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, P.F. CHANG'S CHINA BISTRO, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Douglas T. Schwarz, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 101782
Tel: (212)309-6890
Fax: (212)309-6001
Email: Douglas.Schwarz@morganlewis.com

Date: November 17, 2016

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 11-18-16

SO ORDERED
_____
Hon. John G. Koeltl, U.S.D.J.

11/21/16.